# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                              CASE NO. 3:05cr81-01/RV

CLARENCE PARNELL

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   September 30, 2005
Motion/Pleadings:  Motion to dismiss indictment, without prejudice, in the interest of justice
Filed by  United States                on 9/30/2005          Doc.#    33

RESPONSES:

_____   on _____   Doc.# _____
_____   on _____   Doc.# _____

\_\_\_\_\_ Stipulated       \_\_\_\_\_ Joint Pldg.
\_\_\_\_\_ Unopposed       \_\_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                                s/Jerry Marbut
LC (1 OR 2)                                     Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of September, 2005, that:*

*(a) The relief requested is GRANTED and the Indictment is dismissed, without prejudice.*

                                                /s/ *Roger Vinson*
                                                **ROGER VINSON**
                                                **United States District Judge**